1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    JOHN S. POULOS  #154689
2   ANDREW D. BLUTH #232387
    400 Capitol Mall, Suite 1700
3   Sacramento, CA  95814-4419
    Telephone:  (916) 329-4700
4   Facsimile:  (916) 441-3583
    E-Mail:  john.poulos@pillsburylaw.com
5
    Attorneys for Defendants
6   84 LUMBER COMPANY and
    84 ASSOCIATES, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   _____
                                      )
12   RONALD J. PALMERI,               )   Case No. Case No. 3:06-cv-07033-MJJ
                                      )
13                 Plaintiff,         )   STIPULATION AND [PROPOSED]
                                      )   ORDER RE: CONTINUANCE OF
14        vs.                         )   HEARING DATE RE MOTION TO
                                      )   DISMISS
15   84 LUMBER COMPANY, 84 ASSOCIATES,)
     INC., INDIVIDUALLY AND DOING     )
16   BUSINESS AS 84 LUMBER; AND DOES 1)
     TO 10, INCLUSIVE,                )
17                                    )
                   Defendants.        )
18   _____)

19        Plaintiff Ronald J. Palmeri and Defendants 84 Lumber Company and 84 Associates,

20   Inc. through their designated counsel hereby stipulate that Defendants' Motion to Dismiss,

21   previously noticed for hearing on January 23, 2007 at 9:30 a.m. be and hereby is continued

22   to February 27, 2007 at 9:30 a.m.  It is further stipulated that the briefing schedule be and

23   hereby is amended so that Plaintiff's Opposition Brief is to be filed no later than February 6,

24   2007 and Defendants' Reply Brief, if any, is to be filed no later than February 13, 2007.

25

26

27

28

700588471v1                          - 1 -         Case No. 3:06-cv-07033-MJJ
                                                   STIPULATION AND [          ]
                                                   ORDER RE: CONTINUANCE OF
                                                   HEARING DATE

1   Dated:  December 19, 2006.

2           PILLSBURY WINTHROP SHAW PITTMAN LLP
            JOHN S. POULOS

3           ANDREW D. BLUTH
            400 Capitol Mall, Suite 1700

4           Sacramento, CA  95814-4419

5

6           By      /s/ John S. Poulos
            Attorneys for Defendants

7            84 LUMBER COMPANY and
            84 ASSOCIATES, INC.

8

9   Dated:  December 19, 2006.

10

11          FLETCHER, HARMS & PALMERI
           RICHARD A. HARMS

12          433 Callan Avenue, Suite 301
           San Leandro, CA  94577

13

14          By      /s/ Richard A. Harms
            Attorneys for Plaintiff

15           RONALD J. PALMERI
           (As Authorized by Counsel on December 19, 2006)

16

17

18    IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss is

19 continued to February 27, 2007 at 9:30 a.m.  IT IS FURTHER ORDERED that the briefing

20 schedule for Defendants' Motion to Dismiss will be as set forth in the above stipulation.

21

22 Dated:  December 20, 2006.             
              UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28

700588471v1         - 2 -     Case No. 3:06-cv-07033-MJJ
                    STIPULATION AND [          ]
                    ORDER RE: CONTINUANCE OF
                    HEARING DATE