| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | JOHN S. POULOS  #154689 |
| 2 | ANDREW D. BLUTH #232387 |
| | 400 Capitol Mall, Suite 1700 |
| 3 | Sacramento, CA  95814-4419 |
| | Telephone:  (916) 329-4700 |
| 4 | Facsimile:  (916) 441-3583 |
| | E-Mail:  john.poulos@pillsburylaw.com |
| 5 | |
| | Attorneys for Defendants |
| 6 | 84 LUMBER COMPANY and |
| | 84 ASSOCIATES, INC. |
| 7 | |

8   UNITED STATES DISTRICT COURT

9   NORTHERN DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | RONALD J. PALMERI, | Case No. Case No. 3:06-cv-07033-MJJ |
| 13 | Plaintiff, | STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL OF |
| 14 | vs. | DEFENDANT 84 ASSOCIATES, INC. |
| 15 | 84 LUMBER COMPANY, 84 ASSOCIATES, INC., INDIVIDUALLY AND DOING | |
| 16 | BUSINESS AS 84 LUMBER; AND DOES 1 TO 10, INCLUSIVE, | |
| 17 | | |
| 18 | Defendants. | |

19   Plaintiff Ronald J. Palmeri and Defendant 84 Associates, Inc. through their

20  designated counsel hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1) that the above-

21  captioned action against Defendant 84 Associates, Inc. be and hereby is dismissed in its

22  entirety with prejudice.  Each party shall bear its own costs and expenses.

| | |
|---|---|
| 1 | Dated: December 19, 2006. |
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN S. POULOS |
| 3 | ANDREW D. BLUTH |
|   | 400 Capitol Mall, Suite 1700 |
| 4 | Sacramento, CA 95814-4419 |

By  /s/ John S. Poulos
Attorneys for Defendants
84 LUMBER COMPANY and
84 ASSOCIATES, INC.

Dated: December 19, 2006.

FLETCHER, HARMS & PALMERI
RICHARD A. HARMS
433 Callan Avenue, Suite 301
San Leandro, CA 94577

By  /s/ Richard A. Harms
Attorneys for Plaintiff
RONALD J. PALMERI
(As Authorized by Counsel on December 19, 2006)

IT IS HEREBY ORDERED that the above-captioned action against Defendant 84 Associates, Inc. be and hereby is dismissed with prejudice.

Dated: December 21, 2006.

UNITED STATES DISTRICT JUDGE