PILLSBURY WINTHROP SHAW PITTMAN LLP
JOHN S. POULOS  #154689
ANDREW D. BLUTH #232387
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583
E-Mail:  john.poulos@pillsburylaw.com

Attorneys for Defendant
84 LUMBER COMPANY

FLETCHER, HARMS & PALMERI
RICHARD A. HARMS #66120
433 Callan Avenue, Suite 301
San Leandro, CA  94577
Telephone: (510) 347-1322
Facsimile:  (510) 347-1326
E-Mail: rjp4law@sbcglobal.net

Attorneys for Plaintiff
RONALD J. PALMERI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD J. PALMERI,<br><br>  Plaintiff,<br><br>  vs.<br><br>84 LUMBER COMPANY, 84 ASSOCIATES, INC., INDIVIDUALLY AND DOING BUSINESS AS 84 LUMBER; AND DOES 1 TO 10, INCLUSIVE,<br><br>  Defendants. | Case No. 3:06-cv-07033-MJJ<br><br>STIPULATION AND [PROPOSED] ORDER RE:  DISMISSAL AND ALTERNATIVE DISPUTE RESOLUTION |

Pursuant to pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Ronald J. Palmeri ("Plaintiff") and Defendant 84 Lumber Company ("Defendant") through their designated counsel hereby stipulate and agree as follows:

1     WHEREAS Plaintiff commenced this action by filing a complaint in Alameda
2 County Superior Court on or about September 20, 2006.
3     WHEREAS Defendant removed to this court on November 9, 2006.
4     WHEREAS Defendant filed a motion to dismiss the complaint on or about
5 November 15, 2006, which is scheduled to be heard by the Court on February 23, 2006.
6     WHEREAS the parties have been in settlement negotiations in an attempt to resolve
7 the disputes at issue in this case.
8     NOW, THEREFORE, IT IS HEREBY STIPULATED that Defendant does and
9 hereby withdraws its motion to dismiss the complaint.
10     IT IS FURTHER STIPULATED that the above-captioned action be and hereby is
11 dismissed by Plaintiff in its entirety, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of
12 Civil Procedure, each party to bear its own costs. The parties agree that the First, Second,
13 and Third Causes of Action be and hereby are dismissed without prejudice.  The parties
14 further agree that the Fourth and Fifth Causes of Action be and hereby are dismissed with
15 prejudice.
16     IT IS FURTHER STIPULATED that if the parties have not reached a mutually
17 agreeable settlement the parties will commence mediation before Hon. Mark Eaton (Ret.)
18 within sixty (60) days of the entry of this stipulation and order.  If the mediation fails to
19 resolve all disputes, Plaintiff will have sixty (60) days from the date of the mediation to file
20 a new complaint concerning those factual issues in the complaint not otherwise dismissed
21 with prejudice.  Should Plaintiff elect to file a new lawsuit, Defendant agrees to waive any
22 statute of limitations defense regarding any currently pled causes of action should they be
23 raised again in the newly-filed complaint.
24
25
26
27
28

| | |
|---|---|
| 1 | Dated: February 13, 2007. |

|   |   |
|---|---|
| 2 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|   | JOHN S. POULOS |
| 3 | ANDREW D. BLUTH |
|   | 400 Capitol Mall, Suite 1700 |
| 4 | Sacramento, CA  95814-4419 |

5

6    By _____/s/ John S. Poulos_____
          Attorneys for Defendants
7          84 LUMBER COMPANY

8

9    Dated:  February 13, 2007.

10   FLETCHER, HARMS & PALMERI
     RICHARD A. HARMS
11   433 Callan Avenue, Suite 301
     San Leandro, CA  94577

12

13

14   By _____/s/ Richard A. Harms_____
          Attorneys for Plaintiff
          RONALD J. PALMERI
15    (As Authorized by Counsel on February 13, 2007)

16

17                    ORDER

18

19   It is so ORDERED.

20   Dated: February 21, 2007.    _____
                                  UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA